IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-cr-00028-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RAESHON DEMOND WADE | ) |

**PRELIMINARY ORDER AND JUDGMENT OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Raeshon Demond Wade, on October 5, 2015, the following property is hereby forfeitable pursuant to 21 U.S.C. §§ 853, to wit: Currency in the amount of $58,240.00, representing the gross proceeds of the offenses stated in the Indictment.

AND WHEREAS, as to the above-described forfeitable property, as a result of an act or omission of the defendant, the property cannot be located upon the exercise of due diligence; it is, accordingly,

ORDERED, pursuant to Title 21, United States Code, Section 853(p), that the following other property of said defendant up to the value of the above forfeitable property, is forfeited, that is, the following:

    (a)   2007 Chevrolet Tahoe C1500, VIN 1GNFC13017R12673;
    (b)   2010 Chevrolet Camaro SS, VIN:2G1FT1EW7A9173809;

1

(c) 2010 Riddick Bay Runner Model 2290, Hull Identification Number: PYI11630J910 and attached 2014 Yamaha F115XA 115 horsepower outboard motor, SN: 68V-X-1150915;
(d) 2014 Road King dual axle trailer, VIN: 5KZBB2225EA038175; and
(e) $14,084 in U.S. Currency.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property, pursuant to Fed.R.Crim.P. 32.2(b)(3); it is, hereby

ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Raeshon Demond Wade, the United States is hereby AUTHORIZED to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In addition, JUDGMENT is entered for the amount of the gross proceeds, that is, $58,240.00, as allowed by Fed. R. Crim. P. 32.2(b)(2)(A). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A) and the agreement of the defendant, this Order and Judgment is final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the

2

applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. With regard to the personal property only, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General, the United States Department of Treasury, or the Director of the U. S. Department of Homeland Security directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

5. That to the extent said substitute property is adequate to substitute for the Judgment, the United States shall

promptly file a Satisfaction of Judgment to the extent it is so satisfied.

SO ORDERED. This 29th day of October 2015.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge

4