IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-28-H

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| RAESHON DEMOND WADE | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on October 29, 2015, this Court entered a Preliminary Order and Judgment of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the October 29, 2015 Preliminary Order of Forfeiture, to wit:

(a) 2007 Chevrolet Tahoe C1500, VIN: 1GNFC13017R126173;

(b) 2010 Chevrolet Camaro SS, VIN: 2G1FT1EW7A9173809;

(c) 2010 Riddick Bay Runner Model 2290, Hull Identification Number: PYI11630J910 and attached 2014 Yamaha F115XA 115 horsepower outboard motor, SN: 68V-X-1150915;

(d) 2014 Road King dual axle trailer, VIN: 5KZBB2225EA038175; and

(e) $14,084 in U.S. Currency;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30

1

consecutive days, between December 16, 2015 and January 14, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the court within sixty (60) days from the first day of the date for a hearing to adjudicate the validity of their alleged interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's October 29, 2015 Preliminary Order and Judgment of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the October 29, 2015 Preliminary Order and Judgment of Forfeiture is hereby forfeited to the United States. That the United States Marshal's Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

2

The Clerk is hereby directed to send copies of this to all counsel of record.

SO ORDERED this ___7th___ of day April 2016.

                                  /s/ Malcolm J. Howard
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

3