IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-28-H

UNITED STATES OF AMERICA,

v.

RAESHON DEMOND WADE,

　　Defendant.

**ORDER**

This matter is before the court on remand from the United States Court of Appeals for the Fourth Circuit in order for defendant to be resentenced. Therefore, the court hereby scheduled defendant for resentencing at this court's December 6, 2016, term.

Also before the court is defendant's unopposed motion to waive his appearance at his resentencing hearing. For good cause shown, the motion is GRANTED.

The Federal Public Defender of the Eastern District of North Carolina is DIRECTED to continue representing defendant in connection with the resentencing. The United States Probation Office ("USPO") is DIRECTED to provide the parties and the court

with a resentencing memorandum. The clerk is DIRECTED to serve a copy of this order on the USPO.

This 31st day of October 2016.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26